UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK NALI,

    Petitioner,

v    Case No. 07-10831

MICHIGAN DEPARTMENT OF CORRECTIONS, *et al*,

    DISTRICT JUDGE ARTHUR J. TARNOW

    MAG. JUDGE DONALD A. SCHEER

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION SEVERING AND TRANSFERRING CERTAIN CLAIMS TO THE WESTERN DISTRICT OF MICHIGAN AND GRANTING TWO MOTIONS FILED SUBSEQUENTLY SEEKING THE SAME RELIEF**

Before the Court is Magistrate Judge Scheer's Report and Recommendation [Docket #41-1] filed November 30, 2007. The Magistrate Judge recommends that this Court grant Defendants' separate Motions to Sever and Change Venue (Docket 11 & 24). No objections were filed.

Having reviewed the file and the Report and Recommendation the Court **ADOPTS** the Report and Recommendation as the findings and conclusions of the Court. Accordingly, Defendants' Motions to Sever and Change Venue, filed on October 22 and 26, 2007, are **GRANTED** (Docket #11 & 24).

Also pending before the Court are two additional Motions to Sever and Change Venue, filed on November 27 and December 13, 2007 (Docket #40 & 43). These Motions are also **GRANTED**.

The Clerk of the Court is ORDERED to **TRANSFER** the severed claims against the Kinross Correctional Facility Defendants and Hiawatha Correctional Facility Defendants to the Clerk of the United States District Court for the Western District of Michigan pursuant to 28 U.S.C. §1404(a).

                                        s/Arthur J. Tarnow
                                        Arthur J. Tarnow
                                        United States District Judge

Dated:  December 18, 2007

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on December 18, 2007, by electronic and/or ordinary mail.

                                        s/Catherine A. Pickles
                                        Judicial Secretary