UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK NALI,

    Plaintiff,

v                              Case No. 07-10831

PATRICIA CARUSO, *et al*,    DISTRICT JUDGE ARTHUR J. TARNOW

    Defendants.          MAG. JUDGE DONALD A. SCHEER

_____/

### **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

There having been no objection to Magistrate Judge Scheer's Report and Recommendation [Docket #63) filed February 27, 2008 denying Defendants' Motion to revoke Plaintiff's *in forma pauperis* status and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Scheer is **ADOPTED** and Defendants' Motion to revoke Plaintiff's *in forma pauperis* status [Docket #52] is **DENIED**.

                                              s/Arthur J. Tarnow
                                              Arthur J. Tarnow
                                              United States District Judge
Dated: March 14, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 14, 2008, by electronic and/or ordinary mail.

                                              s/Catherine A. Pickles
                                              Judicial Secretary