UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK NALI,

        Plaintiff,                      CIVIL ACTION NO. 07-10831

v.                                     DISTRICT JUDGE ARTHUR J. TARNOW

PATRICIA CARUSO,              MAGISTRATE JUDGE DONALD A. SCHEER
JAN TROMBLEY,
KELLY BUCZEK, and
ALLAN KELLY,

        Defendants.
_____/

## ORDER MOOTING PLAINTIFF'S MOTION TO COMPEL SERVICE OF PROCESS (DOCKET #48) AND HUTCHINS, IVENS AND CORRECTIONAL MEDICAL SERVICES' MOTION FOR ACCESS TO MEDICAL RECORDS (DOCKET #67)

These matters come before the Court on Plaintiff's Motion to Compel Service of Process against Unserved Defendants, filed on January 2, 2008, and Defendants Hutchins, Ivens and Correctional Services' Motion for Access to Medical Records, filed on March 28, 2008. Both motions have became moot after this Court granted Hutchins, Ivens and Correctional Medical Services, Inc.'s motion to sever and change venue (Docket #44), which transferred all but the four above named defendants to the United States District Court for the Western District of Michigan.

DATED: May 21, 2008                                 s/Donald A. Scheer
                                                             DONALD A. SCHEER
                                                             UNITED STATES MAGISTRATE JUDGE

_____

**CERTIFICATE OF SERVICE**

     I hereby certify on May 21, 2008 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on May 21, 2008. **Frank Nali.**

                                                  s/Michael E. Lang
                                                 Deputy Clerk to
                                                 Magistrate Judge Donald A. Scheer
                                                 (313) 234-5217