**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

F<small>RANK</small> N<small>ALI</small>,  Case No. 07-10831

    Plaintiff,  DISTRICT JUDGE
  ARTHUR J. TARNOW
v.
  MAGISTRATE JUDGE
P<small>ATRICIA</small> C<small>ARUSO</small>, *et al.*,  DONALD A. SCHEER

    Defendants.
_____/

**ORDER**

**ADOPTING THE REPORT AND RECOMMENDATION [85]**;

**DENYING AS MOOT**

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY [76] and**

**DEFENDANTS' MOTION TO STAY DISCOVERY [79]**;

**GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [78]**;

**and**

**DISMISSING CASE**

    Before the Court is the Magistrate Judge's Report and Recommendation [85] of July 30, 2008. The Report and Recommendation recommended that Defendants' Motion for Summary Judgment [78] be granted and this case dismissed, and that Plaintiff's Motion to Compel Discovery [76] and Defendants' Motion to Stay Discovery [79] be denied as moot.

    On August 13, 2008, Plaintiff filed an Objection [86], to the Report and Recommendation. Defendants did not file a Response.

    After reviewing the Report and Recommendation [85], Plaintiff's Objection [86], and the relevant pleadings, the Court accepts the Magistrate's analysis and **ADOPTS** the Report and Recommendation.

    Therefore, the Court being fully advised in the premises,

    **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment is

**GRANTED**.

Furthermore, **IT IS ORDERED** that Plaintiff's Motion to Compel Discovery [76] and Defendants' Motion to Stay Discovery [79] are **DENIED** as moot.

The case is **DISMISSED** in its entirety.

**SO ORDERED.**

                S/ARTHUR J. TARNOW
                Arthur J. Tarnow
                United States District Judge

Dated: December 31, 2008

    I hereby certify that a copy of the foregoing document was served upon counsel of record and Frank Nali #449422, PARR HIGHWAY CORRECTIONAL FACILITY, 2727 EAST BEECHER ST. ADRIAN, MI 49221 on December 31, 2008, by electronic and/or ordinary mail.

                S/LISA WARE FOR THERESA E. TAYLOR
                Case Manager